**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | Case No. 14-26441 |
| | ) | |
| Mark J. Hivon | ) | Chapter 7 |
| | ) | |
| Debtor | ) | Hon. A. Benjamin Goldgar |

**NOTICE OF MOTION**

TO:  See Attached Service List

**PLEASE TAKE NOTICE** that on **February 20, 2015** at **1:00 p.m.** or as soon thereafter as counsel may be heard, we shall appear before the Honorable A. Benjamin Goldgar, Bankruptcy Judge, or any judge sitting in his stead, in **North Branch Court (Round Lake Beach)**, or any other courtroom he may occupy at **1792 Nicole Lane, Round Lake Beach, Illinois, 60073** and shall there present **TRUSTEE'S MOTION TO APPROVE SALE OF REAL ESTATE,** a copy of which is attached hereto and is herewith served upon you, and shall pray for the entry of an Order in compliance therewith.

Ilene F. Goldstein, as Trustee for the
Estate of Mark J. Hivon

By:  /s/Ilene F. Goldstein
     One of Her Attorneys

Ilene F. Goldstein
Law Offices of Ilene F. Goldstein, Chartered
900 Skokie Blvd, Suite 128
Northbrook, IL 60062
(847) 562-9595

# CERTIFICATE OF SERVICE

Statement on service list regarding serving docs electronically

    I, Ilene F. Goldstein, attorney, state that pursuant to Section II, B, 4 of the Administrative Procedures for the Case Management/Electronic Case Filing System, service of the above referenced **TRUSTEE'S MOTION TO APPROVE SALE OF REAL ESTATE** on all persons identified as Registrants on the appended service list was accomplished through the Court's Electronic Notice for Registrants, and, as to all other persons on the service list, I caused a copy of the **TRUSTEE'S MOTION TO APPROVE SALE OF REAL ESTATE**, to be e-mailed to the address listed, faxed to the number indicated or sent First Class Mail, as indicated, to each such person on the attached service list before the hour of 4:00 p.m. on January 30, 2015

                                     /s/ Ilene F. Goldstein
                                          Ilene F. Goldstein

# SERVICE LIST

**U.S. Trustee**                                    **Via Court's Electronic Notice for Registrants**
Denise DeLaurent
Office of the U.S. Trustee, Region 11
219 South Dearborn Street
Room 873
Chicago, IL 60604

**Debtor's Counsel**                             **Via Court's Electronic Notice for Registrants**
Bert Zaczek
Amy J Pikarsky
Law Office of Bert Zaczek
311 N. Aberdeen St., Suite 300-B
Chicago, IL 60607

**Debtor**                                                   **Via First Class Mail**
Mark J. Hivon
239 Indian Trail Road
North Barrington, IL 60010

**Attorney for Buyer**                                **Via First Class Mail**
Michael S. Mandell                                 Courtesy Copy
4317 Terri Lyn Lane
Northbrook, IL 60062

See Attached Service List

U.S. Bankruptcy Court
Eastern Division
219 S Dearborn
7th Floor
Chicago, IL 60604-1702

Ally Bank
PO Box 13625
Philadelphia, PA 19101-3625

Bank of America
PO Box 17054
Wilmington, DE 19850-7054

Cabela's Club Visa
1 Cabella Dr.
Sidney, NE 69162-3028

First Merit Bank C/O Arnstein & Leh
120 S. Riverside Plaza
Suite 120
Chicago, IL 60606-3947

FIRSTMERIT BANK NA
3 CASCADE PLAZA CAS36
3RD FLOOR
AKRON, OH 44308-1124

FirstMerit Bank C/O Arnstein & Lehr
120 S. Riverside Plaza
Suite 120
Chicago, IL 60606-3947

FirstMerit Bank, N.A.
Michelle G. Novick,
Arnstein & Lehr LLP
120 S. Riverside Plaza, Ste 1200
Chicago, IL 60606-3941

FirstMerit Bank, NA
295 FirstMerit Circle
Akron, OH 44307-2359

Hudson City Savings Bank, FSB
Bank of America, N.A.
7105 Corporate Dr PTX-B-209
Plano, TX 75024-4100

Lake County Treasurer
18 N. County St.
Room 102
Waukegan, IL 60085-4351

Michael Nigro/Nigro & Westfall
1793 Bloomingdale Rd.
Glendale Heights, IL 60139-2187

Michelle Novick/Arnstein & Lehr, LL
120 S. Riverside Plaza
Ste 1200
Chicago, IL 60606-3910

Stair One, Inc.
c/o Michael T. Nigro
Nigro, Westfall & Gryska, P.C.
1793 Bloomingdale Road
Glendale Hts., IL 60139-2187

Suburban Iron Works, Inc.
239 Indian Trail Rd.
Lake Forest, IL 60045

William Ensing
272 Market Square
Ste 2726
Lake Forest, IL 60045-1866

Amy J Pikarsky
Law Office of Bert Zaczek
311 N. Aberdeen St.
Suite 300-B
Chicago, IL 60607-1252

Bert J. Zaczek
Law Office of Bert Zaczek
311 N. Aberdeen St.
Suite 300-B
Chicago, IL 60607-1252

Ilene F Goldstein ESQ
Law Offices of Ilene F. Goldstein
900 Skokie Blvd
Ste 128
Northbrook, IL 60062-4052

Mark J. Hivon
239 Indian Trail Rd.
North Barrington, IL 60010-1387

Patrick S Layng
Office of the U.S. Trustee, Region 11
219 S Dearborn St
Room 873
Chicago, IL 60604-2027

First Merit Bank, N.A.
100 Central Plaza South
Canton, OH 44702

FirstMerit Bank, N.A.

Hudson City Savings Bank, FSB


Bev Bedoe, Coldwell Banker

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | Case No. 14-26441 |
| | ) | |
| Mark J. Hivon | ) | Chapter 7 |
| | ) | |
| Debtor | ) | Hon. A. Benjamin Goldgar |

### TRUSTEE'S MOTION TO APPROVE SALE OF REAL ESTATE

Ilene F. Goldstein, Trustee of the above-captioned Estate, brings this Motion to Sell Real Estate of certain property belonging to the Estate located at 239 Indian Trail Road, North Barrington, Illinois. In support of this motion, the Trustee respectfully states as follows:

1. Mark J. Hivon ("Debtor"), commenced this case by filing a voluntary petition for relief under Chapter 7 of the Bankruptcy Code ("Code") on July 18, 2014.

2. Ilene F. Goldstein has been appointed as the Chapter 7 Trustee in this matter.

3. The Estate is the 100% owner of real property having the address of 239 Indian Trail Road, North Barrington, Illinois, 60010 ("Property"). The Trustee has entered into a contract subject to Bankruptcy Court approval to sell the Property for the sum of one million three hundred and fifty thousand dollars ($1,350,000.00) for the 100 percent interest in the Property. Attached as Exhibit A and B is the Real Estate Contract and Attorney Modification Letter.

The legal description of the Property is as follows:

AKERSTROM SUB; LOT 1

4. The Trustee seeks Court approval for acceptance of the offer as the offer is within the range of the appraised value of the Property. It is within the value indicated on the schedules filed by the Debtor. The Property is being sold to Daniel Field. There are no contingencies other than the approval of the sale. The Property is sold on an as is

basis with no warranties.  Acceptance of the offer is in the best interest of the Estate as it will enable the Trustee to make a distribution to creditors.  The Trustee believes that the settlement will yield the safest and timeliest way to pay Creditor claims.  The Trustee believes that this sale will pave the way a substantial distribution along with possible other assets that the Trustee may be able to sell.

6.  The Trustee will seek Court approval to pay all of the mortgages, real estate taxes without further order of Court.  The Trustee will seek Court approval to pay a broker commissions of no more than $77,500.00 at closing. In addition the Trustee will also seek authorization to pay the reasonable and necessary expenses and closing costs of the sale without further order of the Court. The Trustee seeks Court approval to pay and to retain special real estate counsel to close the sale of the Property for a fee not to exceed two thousand dollars ($2,000.00) attorney fees to an Attorney to close the sale of real estate and any other usual and customary closing costs without further order of Court.

7.  The Trustee will receive 100% of the net sale proceeds.  Currently there are no exemptions claims on this property.

WHEREFORE, Ilene F. Goldstein, as Trustee for the Estate of Mark Hivon prays this Court enter an order providing the following:

(a)  authorizing the Trustee to accept the offer of $1,350,000.00 as the purchase price for both the Estate's interest in the Property.

(b)  authorizing the Trustee execute all necessary documents to effect the closing of said sale;

c.) authorizing the Trustee pay the mortgage liens and any other liens entitled to payment at closing;

(d)  authorizing the Trustee to pay all necessary expenses to incidental to the sale of the Property, including but not limited to title search fees, real estate taxes and transfer fees without further order of Court;

(e) authorizing the Trustee to retain a real estate attorney and pay up to the amount of $2,000.00 at closing without further order of the Court;

(f) authorizing the Trustee to pay the broker's commission, not to exceed $77,500.00 at closing; and

(h) finding that the Trustee's sale of the property is a good faith sale to a bona fide purchaser and the sufficient notice has issued to all creditors and parties in interest;.

(i). For such other and further relief as this Court deems appropriate.

DATED: January 30, 2015

Respectfully submitted,

Ilene F. Goldstein, as Trustee for the Estate of Mark Hivon

By:  /s/ Ilene F. Goldstein
      One of Her Attorneys

Ilene F. Goldstein
The Law Offices of Ilene F. Goldstein
900 Skokie Blvd, Suite 128
Northbrook, IL 60062
(847) 562-9595