# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

In re: HIVON, MARK J.                          § Case No. 14-26441-ABG
                                               §
                                               §
                                               §
Debtor(s)                                      §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1.  A petition under Chapter 7 of the United States Bankruptcy Code was filed on July 18, 2014.  The undersigned trustee was appointed on July 18, 2014.

2.  The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3.  All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554.  An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4.  The trustee realized the gross receipts of         $          1,375,000.00

    Funds were disbursed in the following amounts:
    Payments made under an
      interim distribution                                        1,161,195.48
    Administrative expenses                                         134,153.99
    Bank service fees                                                 2,771.18
    Other payments to creditors                                           0.00
    Non-estate funds paid to 3rd Parties                                  0.00
    Exemptions paid to the debtor                                    15,000.00
    Other payments to the debtor                                          0.00

    Leaving a balance on hand of [1]           $             61,879.35

The remaining funds are available for distribution.

5.  Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed.  The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category.  The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

6. The deadline for filing non-governmental claims in this case was 03/13/2015 and the deadline for filing governmental claims was 01/14/2015. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $64,050.00. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $36,500.00 as interim compensation and now requests the sum of $27,550.00, for a total compensation of $64,050.00.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $0.00, for total expenses of $0.00.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 01/03/2017            By: /s/ILENE F. GOLDSTEIN
                                Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

Exhibit A

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 14-26441-ABG  
**Case Name:** HIVON, MARK J.  

**Period Ending:** 01/03/17

**Trustee:** (330290) ILENE F. GOLDSTEIN  
**Filed (f) or Converted (c):** 07/18/14 (f)  
**§341(a) Meeting Date:** 08/14/14  
**Claims Bar Date:** 03/13/15

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|
| 1 | 239 Indian Trail Rd., North Barrington, Illinois<br>Imported from original petition Doc# 11 | 1,100,000.00 | 280,000.00 | | 1,350,000.00 | FA |
| 2 | 7772 Summit Drive, Gladstone, MI 49837, Debtor h<br>Imported from original petition Doc# 11 | 240,000.00 | 0.00 | | 0.00 | FA |
| 3 | 239 Indian Trail Rd. North Barrington, Illinois (u)<br>Imported from Amended Doc#: 47 | 0.00 | 0.00 | | 0.00 | FA |
| 4 | 7772 Summit Drive Gladstone, MI 49837 Debtor own (u)<br>Imported from Amended Doc#: 47 | 0.00 | 0.00 | | 0.00 | FA |
| 5 | Cabin on unimproved lot, Morson, Ontario, Canada<br>Imported from Amended Doc#: 47 | 25,000.00 | 25,000.00 | | 15,000.00 | FA |
| 6 | Checking Accounts (2) $200 each<br>Imported from original petition Doc# 11 | 400.00 | 0.00 | | 0.00 | FA |
| 7 | Half owner of computer, Printer, Stereo, Video a<br>Imported from original petition Doc# 11 | 15,000.00 | 7,900.00 | | 0.00 | FA |
| 8 | Misc. books, cd's<br>Imported from original petition Doc# 11 | 1,000.00 | 0.00 | | 0.00 | FA |
| 9 | Misc. mens clothing<br>Imported from original petition Doc# 11 | 1,000.00 | 0.00 | | 0.00 | FA |
| 10 | Casio watch<br>Imported from original petition Doc# 11 | 200.00 | 200.00 | | 0.00 | FA |
| 11 | Fishing equipment: rods, tackle etc<br>Imported from original petition Doc# 11 | 1,500.00 | 0.00 | | 0.00 | FA |
| 12 | Roth IRA Scottrade<br>Imported from original petition Doc# 11 | 70,000.00 | 0.00 | | 0.00 | FA |
| 13 | IRA Scottrade<br>Imported from original petition Doc# 11 | 75,000.00 | 0.00 | | 0.00 | FA |
| 14 | 100 percent owner of stock of Suburban Iron Work<br>Imported from original petition Doc# 11 | 0.00 | 0.00 | | 0.00 | FA |
| 15 | Lund Boat, Mercury motor and accessories.<br>Imported from original petition Doc# 11 | 15,000.00 | 15,000.00 | | 5,000.00 | FA |
| 16 | Equitable interest in 2013 GMC Yukon Denali XL. | 0.00 | 0.00 | | 0.00 | FA |

Exhibit A

Page: 2

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 14-26441-ABG  
**Case Name:** HIVON, MARK J.

**Trustee:** (330290) ILENE F. GOLDSTEIN  
**Filed (f) or Converted (c):** 07/18/14 (f)  
**§341(a) Meeting Date:** 08/14/14

**Period Ending:** 01/03/17

**Claims Bar Date:** 03/13/15

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
|  | Imported from original petition Doc# 11 |  |  |  |  |  |
| 17 | Household goods Barrington property 50% (U)  (u) | Unknown | 25,000.00 |  | 5,000.00 | FA |
| 17 | **Assets    Totals** (Excluding unknown values) | **$1,544,100.00** | **$353,100.00** |  | **$1,375,000.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

    STATUS:  THE TRUSTEE HAS RECEIVED FUNDS BUT COULD NOT FILE TAX RETURNS ON AN INDIVIDUAL FOR 2015 UNTIL 2016 WHEN THE TAX RATES HAVE BEEN SET FOR INDIVIDUALS AND TAX FORMS FOR 2015 ARE AVAILABLE.  THE TRUSTEE IS NOW FILING HER FINAL TAX RETURNS AND CLOSING THE ESTATE.

**Initial Projected Date Of Final Report (TFR):**     March 31, 2016     **Current Projected Date Of Final Report (TFR):**     March 31, 2016

Exhibit B

# Form 2
## Cash Receipts And Disbursements Record

Page: 1

| Case Number: | 14-26441-ABG | Trustee: | ILENE F. GOLDSTEIN (330290) |
|---|---|---|---|
| Case Name: | HIVON, MARK J. | Bank Name: | Rabobank, N.A. |
| | | Account: | ******2766 - Checking Account |
| Taxpayer ID #: | **-***4604 | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 01/03/17 | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 03/20/15 | {17} | Dan And Jen Fields | Sale of personal property | 1229-000 | 5,000.00 | | 5,000.00 |
| 03/20/15 | | Dan and Jen Fields | SALE OF REAL ESTATE | | 149,764.02 | | 154,764.02 |
| | {1} | Daniel Field | 1,350,000.00 | 1110-000 | | | 154,764.02 |
| | | | First Mortgage  -733,526.45 | 4110-000 | | | 154,764.02 |
| | | | Second Mortgage  -289,408.08 | 4110-000 | | | 154,764.02 |
| | | | Real Estate Taxes  -30,365.63 | 4700-000 | | | 154,764.02 |
| | | | 2015 Real Estate Taxes  -34,395.32 | 4700-000 | | | 154,764.02 |
| | | | Attorney Fees for Real Estate Counsel  -2,000.00 | 3210-600 | | | 154,764.02 |
| | | | Credit to Buyer  -10,000.00 | 2500-000 | | | 154,764.02 |
| | | | Exemption to Debtor  -15,000.00 | 8100-002 | | | 154,764.02 |
| | | | Brokers Commission and Costs  -77,995.00 | 3510-000 | | | 154,764.02 |
| | | | Survey Credit  -500.00 | 2500-000 | | | 154,764.02 |
| | | | Title Charges  -3,383.00 | 2500-000 | | | 154,764.02 |
| | | | Title Premium  -3,662.50 | 2500-000 | | | 154,764.02 |
| 03/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 59.36 | 154,704.66 |
| 04/03/15 | 101 | Arthur B. Levine Company | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 04/03/2015 FOR CASE #14-26441, Bond | 2300-000 | | 84.67 | 154,619.99 |
| 04/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 222.48 | 154,397.51 |
| 05/29/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 214.67 | 154,182.84 |
| 06/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 236.55 | 153,946.29 |
| 07/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 228.80 | 153,717.49 |
| 08/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 213.73 | 153,503.76 |
| 09/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 235.53 | 153,268.23 |
| 10/06/15 | 102 | ILENE F. GOLDSTEIN | Dividend paid 100.00% on $36,500.00, Trustee Compensation; Reference: | 2100-000 | | 36,500.00 | 116,768.23 |
| 10/06/15 | 103 | FirstMerit Bank, N.A. | Dividend paid 7.34% on $988,947.48; Claim# 3 -2; Filed: $988,947.48; Reference: | 7100-000 | | 72,598.93 | 44,169.30 |
| 10/06/15 | 104 | WORLD'S FOREMOST BANK | Dividend paid 7.34% on $12,274.44; Claim# 4; Filed: $12,274.44; Reference: | 7100-000 | | 901.07 | 43,268.23 |
| 10/07/15 | | Chrstine Hivon | FUNDS RECEIVED FROM SALE OF ASSETS | | 20,000.00 | | 63,268.23 |
| | {5} | | Cabin in Canada  15,000.00 | 1110-000 | | | 63,268.23 |
| | {15} | | Boat  5,000.00 | 1129-000 | | | 63,268.23 |
| 10/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 172.71 | 63,095.52 |
| 11/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 87.72 | 63,007.80 |

Subtotals :   $174,764.02   $111,756.22

{} Asset reference(s)

Printed: 01/03/2017 07:57 PM   V.13.28

Exhibit B

# Form 2
## Cash Receipts And Disbursements Record

Page: 2

| **Case Number:** | 14-26441-ABG | | **Trustee:** | ILENE F. GOLDSTEIN (330290) |
|---|---|---|---|---|
| **Case Name:** | HIVON, MARK J. | | **Bank Name:** | Rabobank, N.A. |
| | | | **Account:** | ******2766 - Checking Account |
| **Taxpayer ID #:** | **-***4604 | | **Blanket Bond:** | $5,000,000.00 (per case limit) |
| **Period Ending:** | 01/03/17 | | **Separate Bond:** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 12/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 99.69 | 62,908.11 |
| 01/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 87.23 | 62,820.88 |
| 02/22/16 | 105 | Arthur B. Levine Company | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/22/2016 FOR CASE #14-26441 | 2300-000 | | 28.82 | 62,792.06 |
| 03/01/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 87.10 | 62,704.96 |
| 03/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 98.95 | 62,606.01 |
| 04/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 86.80 | 62,519.21 |
| 05/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 86.68 | 62,432.53 |
| 06/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 98.52 | 62,334.01 |
| 07/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 86.43 | 62,247.58 |
| 08/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 98.21 | 62,149.37 |
| 09/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 89.14 | 62,060.23 |
| 10/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 86.05 | 61,974.18 |
| 11/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 94.83 | 61,879.35 |
| | | | **ACCOUNT TOTALS** | | 174,764.02 | 112,884.67 | **$61,879.35** |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 174,764.02 | 112,884.67 | |
| | | | Less: Payments to Debtors | | | 15,000.00 | |
| | | | **NET Receipts / Disbursements** | | **$174,764.02** | **$97,884.67** | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # ******2766** | 174,764.02 | 97,884.67 | 61,879.35 |
| | $174,764.02 | $112,884.67 | $61,879.35 |

{} Asset reference(s)

Printed: 01/03/2017 07:57 PM V.13.28

# EXHIBIT C
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** March 13, 2015

**Case Number:** 14-26441-ABG  
**Debtor Name:** HIVON, MARK J.

Page: 1

**Date:** January 3, 2017  
**Time:** 07:57:03 PM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 200 | ILENE F. GOLDSTEIN<br>900 Skokie Blvd<br>Suite 128<br>Northbrook, IL 60062 | Admin Ch. 7 | | $64,050.00 | $36,500.00 | 27,550.00 |
| 200 | PBG Financial Services Inc<br>666 Dunde Road<br>Suite 401<br>Northbrook, IL 60062 | Admin Ch. 7 | | $1,695.00 | $0.00 | 1,695.00 |
| 200 | LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED<br>900 Skokie Blvd<br>Suite 128<br>Northbrook, IL 60062 | Admin Ch. 7 | | $11,165.00 | $0.00 | 11,165.00 |
| 200 | LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED<br>900 Skokie Blvd<br>Suite 128<br>Northbrook, IL 60062 | Admin Ch. 7 | | $221.09 | $0.00 | 221.09 |
| 2<br>100 | Hudson City Savings Bank, FSB<br>Bank of America, N.A.<br>7105 Corporate Dr PTX-B-209<br>Plano, TX 75024 | Secured | History: Details2-111/19/2014Claim #2 filed by Hudson City Savings Bank, FSB, Amount claimed: $675036.34 (Luetkenhaus, Jill )<br>-------------------------------------------------------------------------------\* \* \*<br>72 09/29/2015 Withdrawal of Claim(s): 2 Filed by Jill Luetkenhaus on behalf of Hudson City Savings Bank, FSB. (Luetkenhaus, Jill) | $0.00 | $0.00 | 0.00 |
| 3S<br>100 | FirstMerit Bank, N.A.<br>Michelle G. Novick,,Arnstein & Lehr LLP,120 S. Riverside Plaza, Ste 1200<br>Chicago, IL 60606 | Secured | History: Details3-112/08/2014Claim #3 filed by FirstMerit Bank, N.A., Amount claimed: $1278355.56 (Novick, Michelle )<br>-------------------------------------------------------------------------------\* \* \*<br>3-2 09/02/2015 Amended Claim #3 filed by FirstMerit Bank, N.A., Amount claimed: $988947.48 (Novick, Michelle ) | $0.00 | $0.00 | 0.00 |
| 1<br>610 | Stair One, Inc.<br>c/o Michael T. Nigro,Nigro, Westfall & Gryska, P.C.,1793 Bloomingdale Road<br>Glendale Hts., IL 60139 | Unsecured | History: Details1-111/07/2014Claim #1 filed by Stair One, Inc., Amount claimed: $156100.55 (Nigro, Michael )<br>-------------------------------------------------------------------------------\* \* \*<br>71 09/18/2015 Withdrawal of Claim(s): 1 Filed by Michael T Nigro on behalf of Stair One, Inc.. (Nigro, Michael) | $0.00 | $0.00 | 0.00 |
| 3 -2<br>610 | FirstMerit Bank, N.A.<br>Michelle G. Novick,,Arnstein & Lehr LLP,120 S. Riverside Plaza, Ste 1200<br>Chicago, IL 60606 | Unsecured | 09/11/2015 Amendment 3-2 imported by ILENE; original claim disallowed<br>-------------------------------------------------------------------------------<br>History: Details3-112/08/2014Claim #3 filed by FirstMerit Bank, N.A., Amount claimed: $1278355.56 (Novick, Michelle )<br>Details3-209/02/2015Amended Claim #3 filed by FirstMerit Bank, N.A., Amount | $988,947.48 | $72,598.93 | 916,348.55 |

# E X H I B I T   C
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** March 13, 2015

**Case Number:** 14-26441-ABG  
**Debtor Name:** HIVON, MARK J.

Page: 2

**Date:** January 3, 2017  
**Time:** 07:57:03 PM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---:|---:|---:|
| | | | claimed: $988947.48 (Novick, Michelle ) ------------------------------------------------------------------------------* * * | | | |
| 3U 610 | FirstMerit Bank, N.A. Michelle G. Novick,,Arnstein & Lehr LLP,120 S. Riverside Plaza, Ste 1200 Chicago, IL 60606 | Unsecured | History: Details3-112/08/2014Claim #3 filed by FirstMerit Bank, N.A., Amount claimed: $1278355.56 (Novick, Michelle ) ------------------------------------------------------------------------------* * * 3-2 09/02/2015 Amended Claim #3 filed by FirstMerit Bank, N.A., Amount claimed: $988947.48 (Novick, Michelle ) | $0.00 | $0.00 | 0.00 |
| 4 610 | WORLD'S FOREMOST BANK CABELA'S CLUB VISA PO BOX 82609 LINCOLN, NE 68501-2609 | Unsecured | History: Details4-102/25/2015Claim #4 filed by WORLD'S FOREMOST BANK, Amount claimed: $12274.44 (Shockey, Jessica ) ------------------------------------------------------------------------------* * * | $12,274.44 | $901.07 | 11,373.37 |
| **<< Totals >>** | | | | 1,078,353.01 | 110,000.00 | 968,353.01 |

**TRUSTEE'S PROPOSED DISTRIBUTION**   Exhibit D

Case No.: 14-26441-ABG
Case Name: HIVON, MARK J.
Trustee Name: ILENE F. GOLDSTEIN

**Balance on hand:**   $   61,879.35

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 2 | Hudson City Savings Bank, FSB | 675,036.34 | 0.00 | 0.00 | 0.00 |
| 3S | FirstMerit Bank, N.A. | 284,494.28 | 0.00 | 0.00 | 0.00 |

Total to be paid to secured creditors:   $   0.00
Remaining balance:   $   61,879.35

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - ILENE F. GOLDSTEIN | 64,050.00 | 36,500.00 | 27,550.00 |
| Attorney for Trustee, Fees - LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED | 11,165.00 | 0.00 | 11,165.00 |
| Attorney for Trustee, Expenses - LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED | 221.09 | 0.00 | 221.09 |
| Accountant for Trustee, Fees - PBG Financial Services Inc | 1,695.00 | 0.00 | 1,695.00 |

Total to be paid for chapter 7 administration expenses:   $   40,631.09
Remaining balance:   $   21,248.26

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses:   $   0.00
Remaining balance:   $   21,248.26

**UST Form 101-7-TFR (05/1/2011)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

|  | Total to be paid for priority claims: | $ | 0.00 |
|---|---|---|---|
|  | Remaining balance: | $ | 21,248.26 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 1,001,221.92 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 9.5 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 3 -2 | FirstMerit Bank, N.A. | 988,947.48 | 72,598.93 | 20,987.77 |
| 4 | WORLD'S FOREMOST BANK | 12,274.44 | 901.07 | 260.49 |

|  | Total to be paid for timely general unsecured claims: | $ | 21,248.26 |
|---|---|---|---|
|  | Remaining balance: | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

|  | Total to be paid for tardy general unsecured claims: | $ | 0.00 |
|---|---|---|---|
|  | Remaining balance: | $ | 0.00 |

**UST Form 101-7-TFR (05/1/2011)**

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: **$**      0.00
Remaining balance:                             $        0.00

**UST Form 101-7-TFR (05/1/2011)**