UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ILLINOIS

| | |
|---|---|
| In re: | ) |
| | ) |
| **HIVON, MARK J.** | ) Bankruptcy Case No. 14-26441 ABG |
| | ) Chapter 7 |
| | ) |
| Debtor(s). | ) |

## CERTIFICATE OF SERVICE

     The undersigned certifies that on January 11, 2017, I served by prepaid first class mail a copy of the Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object (NFR) on all parties listed below at the addresses contained therein.

     HIVON, MARK J.
     7772 Summit 19.55 Drive
     Gladstone, MI 49837


,

     PBG Financial Services Inc
     666 Dunde Road
     Suite 401
     Northbrook, IL 60062

     LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED
     900 Skokie Blvd
     Suite 128
     Northbrook, IL 60062

     LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED
     900 Skokie Blvd
     Suite 128
     Northbrook, IL 60062

     ILENE F. GOLDSTEIN
     900 Skokie Blvd
     Suite 128

|   |   |
|---|---|
|   | Northbrook, IL 60062 |
| 1 | Stair One, Inc.<br>c/o Michael T. Nigro,Nigro, Westfall & Gryska, P.C.,1793 Bloomingdale Road<br>Glendale Hts., IL 60139 |
| 2 | Hudson City Savings Bank, FSB<br>Bank of America, N.A.<br>7105 Corporate Dr PTX-B-209<br>Plano, TX 75024 |
| 3 -2 | FirstMerit Bank, N.A.<br>Michelle G. Novick,,Arnstein & Lehr LLP,120 S. Riverside Plaza, Ste 1200<br>Chicago, IL 60606 |
| 3S | FirstMerit Bank, N.A.<br>Michelle G. Novick,,Arnstein & Lehr LLP,120 S. Riverside Plaza, Ste 1200<br>Chicago, IL 60606 |
| 3U | FirstMerit Bank, N.A.<br>Michelle G. Novick,,Arnstein & Lehr LLP,120 S. Riverside Plaza, Ste 1200<br>Chicago, IL 60606 |
| 4 | WORLD'S FOREMOST BANK<br>CABELA'S CLUB VISA<br>PO BOX 82609<br>LINCOLN, NE 68501-2609 |

/s/ ILENE F. GOLDSTEIN

Chapter 7 Trustee
ILENE F. GOLDSTEIN, Trustee
900 Skokie Blvd
Suite 128
Northbrook, IL 60062
Phone: (847) 562-9595
Fax: (847) 564-8402