UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| **HIVON, MARK J.** | ) | Bankruptcy Case No. 14-26441 ABG |
| | ) | Chapter 7 |
| | ) | |
| Debtor(s). | ) | |

---

### AMENDED CERTIFICATE OF SERVICE

---

The undersigned certifies that on January 11, 2017, I served by prepaid first class mail a copy of the Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object (NFR) on all parties listed below at the addresses contained therein.

HIVON, MARK J.
7772 Summit 19.55 Drive
Gladstone, MI 49837

,

PBG Financial Services Inc
666 Dunde Road
Suite 401
Northbrook, IL 60062

LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED
900 Skokie Blvd
Suite 128
Northbrook, IL 60062

LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED
900 Skokie Blvd
Suite 128
Northbrook, IL 60062

ILENE F. GOLDSTEIN
900 Skokie Blvd
Suite 128

Northbrook, IL 60062

1   Stair One, Inc.
    c/o Michael T. Nigro,Nigro, Westfall &
    Gryska, P.C.,1793 Bloomingdale Road
    Glendale Hts., IL 60139

2   Hudson City Savings Bank, FSB
    Bank of America, N.A.
    7105 Corporate Dr PTX-B-209
    Plano, TX 75024

3 -2   FirstMerit Bank, N.A.
       Michelle G. Novick,,Arnstein & Lehr
       LLP,120 S. Riverside Plaza, Ste 1200
       Chicago, IL 60606

3S   FirstMerit Bank, N.A.
     Michelle G. Novick,,Arnstein & Lehr
     LLP,120 S. Riverside Plaza, Ste 1200
     Chicago, IL 60606

3U   FirstMerit Bank, N.A.
     Michelle G. Novick,,Arnstein & Lehr
     LLP,120 S. Riverside Plaza, Ste 1200
     Chicago, IL 60606

4   WORLD'S FOREMOST BANK
    CABELA'S CLUB VISA
    PO BOX 82609
    LINCOLN, NE 68501-2609

/s/ ILENE F. GOLDSTEIN

Chapter 7 Trustee
ILENE F. GOLDSTEIN, Trustee
900 Skokie Blvd
Suite 128
Northbrook, IL 60062
Phone: (847) 562-9595
Fax: (847) 564-8402