# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

In re: HIVON, MARK J.                                           § Case No. 14-26441
                                                                §
                                                                §
                                                                §
Debtor(s)                                                       §

### CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
### REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
### AND APPLICATION TO BE DISCHARGED (TDR)

    ILENE F. GOLDSTEIN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $404,100.00                    Assets Exempt: $391,000.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $1,182,443.74    Claims Discharged
                                                  Without Payment: $906,473.66

Total Expenses of Administration: $177,556.26

---

    3) Total gross receipts of $ 1,375,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 15,000.00 (see **Exhibit 2**), yielded net receipts of $1,360,000.00 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $2,047,226.10 | $1,087,695.48 | $1,087,695.48 |
| PRIORITY CLAIMS: |  |  |  |  |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 177,556.26 | 177,556.26 | 177,556.26 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 0.00 | 2,151,183.75 | 1,001,221.92 | 94,748.26 |
| **TOTAL DISBURSEMENTS** | $0.00 | $4,375,966.11 | $2,266,473.66 | $1,360,000.00 |

4) This case was originally filed under Chapter 7 on July 18, 2014. The case was pending for 32 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 03/19/2017          By: /s/ILENE F. GOLDSTEIN
                              Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| 239 Indian Trail Rd., North Barrington, Illinois | 1110-000 | 1,350,000.00 |
| Cabin on unimproved lot, Morson, Ontario, Canada | 1110-000 | 15,000.00 |
| Lund Boat, Mercury motor and accessories. | 1129-000 | 5,000.00 |
| Household goods Barrington property 50% (U) | 1229-000 | 5,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$1,375,000.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Dan and Jen Fields | Exemption to Debtor | 8100-002 | 15,000.00 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$15,000.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 | Hudson City Savings Bank, FSB | 4110-000 | N/A | 675,036.34 | 0.00 | 0.00 |
| 3S | FirstMerit Bank, N.A. | 4110-000 | N/A | 284,494.28 | 0.00 | 0.00 |
| | Dan and Jen Fields | 4110-000 | N/A | 733,526.45 | 733,526.45 | 733,526.45 |
| | Dan and Jen Fields | 4110-000 | N/A | 289,408.08 | 289,408.08 | 289,408.08 |
| | Dan and Jen Fields | 4700-000 | N/A | 30,365.63 | 30,365.63 | 30,365.63 |
| | Dan and Jen Fields | 4700-000 | N/A | 34,395.32 | 34,395.32 | 34,395.32 |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$2,047,226.10** | **$1,087,695.48** | **$1,087,695.48** |

**UST Form 101-7-TDR (10/1/2010)**

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee Compensation - ILENE F. GOLDSTEIN | 2100-000 | N/A | 64,050.00 | 64,050.00 | 64,050.00 |
| Attorney for Trustee Fees (Trustee Firm) - LAW OFFICES OF ILENE F. GOLDSTEIN, | 3110-000 | N/A | 11,165.00 | 11,165.00 | 11,165.00 |
| Attorney for Trustee Expenses (Trustee Firm) - LAW OFFICES OF ILENE F. GOLDSTEIN, | 3120-000 | N/A | 221.09 | 221.09 | 221.09 |
| Other - PBG Financial Services Inc | 3410-000 | N/A | 1,695.00 | 1,695.00 | 1,695.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 59.36 | 59.36 | 59.36 |
| Other - Arthur B. Levine Company | 2300-000 | N/A | 84.67 | 84.67 | 84.67 |
| Other - Dan and Jen Fields | 3210-600 | N/A | 2,000.00 | 2,000.00 | 2,000.00 |
| Other - Dan and Jen Fields | 2500-000 | N/A | 10,000.00 | 10,000.00 | 10,000.00 |
| Other - Dan and Jen Fields | 3510-000 | N/A | 77,995.00 | 77,995.00 | 77,995.00 |
| Other - Dan and Jen Fields | 2500-000 | N/A | 500.00 | 500.00 | 500.00 |
| Other - Dan and Jen Fields | 2500-000 | N/A | 3,383.00 | 3,383.00 | 3,383.00 |
| Other - Dan and Jen Fields | 2500-000 | N/A | 3,662.50 | 3,662.50 | 3,662.50 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 222.48 | 222.48 | 222.48 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 214.67 | 214.67 | 214.67 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 236.55 | 236.55 | 236.55 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 228.80 | 228.80 | 228.80 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 213.73 | 213.73 | 213.73 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 235.53 | 235.53 | 235.53 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 172.71 | 172.71 | 172.71 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 87.72 | 87.72 | 87.72 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 99.69 | 99.69 | 99.69 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 87.23 | 87.23 | 87.23 |
| Other - Arthur B. Levine Company | 2300-000 | N/A | 28.82 | 28.82 | 28.82 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 87.10 | 87.10 | 87.10 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 98.95 | 98.95 | 98.95 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 86.80 | 86.80 | 86.80 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 86.68 | 86.68 | 86.68 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 98.52 | 98.52 | 98.52 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 86.43 | 86.43 | 86.43 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 98.21 | 98.21 | 98.21 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| Other - Rabobank, N.A. | 2600-000 | N/A | 89.14 | 89.14 | 89.14 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 86.05 | 86.05 | 86.05 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 94.83 | 94.83 | 94.83 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $177,556.26 | $177,556.26 | $177,556.26 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| | | None | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Stair One, Inc. | 7100-000 | N/A | 156,100.55 | 0.00 | 0.00 |
| 3 -2 | FirstMerit Bank, N.A. | 7100-000 | N/A | 988,947.48 | 988,947.48 | 93,586.70 |
| 3U | FirstMerit Bank, N.A. | 7100-000 | N/A | 993,861.28 | 0.00 | 0.00 |
| 4 | WORLD'S FOREMOST BANK | 7100-000 | N/A | 12,274.44 | 12,274.44 | 1,161.56 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $0.00 | $2,151,183.75 | $1,001,221.92 | $94,748.26 |

**UST Form 101-7-TDR (10/1/2010)**

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 14-26441  
**Case Name:** HIVON, MARK J.

**Trustee:** (330290)  ILENE F. GOLDSTEIN  
**Filed (f) or Converted (c):** 07/18/14 (f)  
**§341(a) Meeting Date:** 08/14/14  

**Period Ending:** 03/19/17

**Claims Bar Date:** 03/13/15

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1   239 Indian Trail Rd., North Barrington, Illinois   Imported from original petition Doc# 11 | 1,100,000.00 | 380,000.00 | | 1,350,000.00 | FA |
| 2   7772 Summit Drive, Gladstone, MI 49837, Debtor h   Imported from original petition Doc# 11 | 240,000.00 | 0.00 | | 0.00 | FA |
| 3   239 Indian Trail Rd. North Barrington, Illinois  (u)   Imported from Amended Doc#: 47 | 0.00 | 0.00 | | 0.00 | FA |
| 4   7772 Summit Drive Gladstone, MI 49837 Debtor own (u)   Imported from Amended Doc#: 47 | 0.00 | 0.00 | | 0.00 | FA |
| 5   Cabin on unimproved lot, Morson, Ontario, Canada   Imported from Amended Doc#: 47 | 25,000.00 | 25,000.00 | | 15,000.00 | FA |
| 6   Checking Accounts (2) $200 each   Imported from original petition Doc# 11 | 400.00 | 0.00 | | 0.00 | FA |
| 7   Half owner of computer, Printer, Stereo, Video a   Imported from original petition Doc# 11 | 15,000.00 | 7,900.00 | | 0.00 | FA |
| 8   Misc. books, cd's   Imported from original petition Doc# 11 | 1,000.00 | 0.00 | | 0.00 | FA |
| 9   Misc. mens clothing   Imported from original petition Doc# 11 | 1,000.00 | 0.00 | | 0.00 | FA |
| 10  Casio watch   Imported from original petition Doc# 11 | 200.00 | 200.00 | | 0.00 | FA |
| 11  Fishing equipment: rods, tackle etc   Imported from original petition Doc# 11 | 1,500.00 | 0.00 | | 0.00 | FA |
| 12  Roth IRA Scottrade   Imported from original petition Doc# 11 | 70,000.00 | 0.00 | | 0.00 | FA |
| 13  IRA Scottrade   Imported from original petition Doc# 11 | 75,000.00 | 0.00 | | 0.00 | FA |
| 14  100 percent owner of stock of Suburban Iron Work   Imported from original petition Doc# 11 | 0.00 | 0.00 | | 0.00 | FA |
| 15  Lund Boat, Mercury motor and accessories.   Imported from original petition Doc# 11 | 15,000.00 | 15,000.00 | | 5,000.00 | FA |
| 16  Equitable interest in 2013 GMC Yukon Denali XL. | 0.00 | 0.00 | | 0.00 | FA |

Exhibit 8

Page: 2

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 14-26441  
**Case Name:** HIVON, MARK J.

**Period Ending:** 03/19/17

**Trustee:** (330290)   ILENE F. GOLDSTEIN  
**Filed (f) or Converted (c):** 07/18/14 (f)  
**§341(a) Meeting Date:** 08/14/14  
**Claims Bar Date:** 03/13/15

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) | | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| Ref. # | | | | | | |
| | Imported from original petition Doc# 11 | | | | | |
| 17 | Household goods Barrington property 50% (U) (u) | Unknown | 25,000.00 | | 5,000.00 | FA |
| 17 | **Assets Totals** (Excluding unknown values) | **$1,544,100.00** | **$453,100.00** | | **$1,375,000.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

    STATUS:  THE TRUSTEE HAS RECEIVED FUNDS BUT COULD NOT FILE TAX RETURNS ON AN INDIVIDUAL FOR 2015 UNTIL 2016 WHEN THE TAX RATES HAVE BEEN SET FOR INDIVIDUALS AND TAX FORMS FOR 2015 ARE AVAILABLE.  THE TRUSTEE IS NOW FILING HER FINAL TAX RETURNS AND CLOSING THE ESTATE.

**Initial Projected Date Of Final Report (TFR):**     March 31, 2016        **Current Projected Date Of Final Report (TFR):**     December 21, 2016  (Actual)

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 14-26441
**Case Name:** HIVON, MARK J.
**Taxpayer ID #:** **-***4604
**Period Ending:** 03/19/17

**Trustee:** ILENE F. GOLDSTEIN (330290)
**Bank Name:** Rabobank, N.A.
**Account:** ******2766 - Checking Account
**Blanket Bond:** $5,000,000.00 (per case limit)
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|---|
| 03/20/15 | {17} | Dan And Jen Fields | Sale of personal property | | 1229-000 | 5,000.00 | | 5,000.00 |
| 03/20/15 | | Dan and Jen Fields | SALE OF REAL ESTATE | | | 149,764.02 | | 154,764.02 |
| | {1} | Daniel Field | | 1,350,000.00 | 1110-000 | | | 154,764.02 |
| | | | First Mortgage | -733,526.45 | 4110-000 | | | 154,764.02 |
| | | | Second Mortgage | -289,408.08 | 4110-000 | | | 154,764.02 |
| | | | Real Estate Taxes | -30,365.63 | 4700-000 | | | 154,764.02 |
| | | | 2015 Real Estate Taxes | -34,395.32 | 4700-000 | | | 154,764.02 |
| | | | Attorney Fees for Real Estate Counsel | -2,000.00 | 3210-600 | | | 154,764.02 |
| | | | Credit to Buyer | -10,000.00 | 2500-000 | | | 154,764.02 |
| | | | Exemption to Debtor | -15,000.00 | 8100-002 | | | 154,764.02 |
| | | | Brokers Commission and Costs | -77,995.00 | 3510-000 | | | 154,764.02 |
| | | | Survey Credit | -500.00 | 2500-000 | | | 154,764.02 |
| | | | Title Charges | -3,383.00 | 2500-000 | | | 154,764.02 |
| | | | Title Premium | -3,662.50 | 2500-000 | | | 154,764.02 |
| 03/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 59.36 | 154,704.66 |
| 04/03/15 | 101 | Arthur B. Levine Company | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 04/03/2015 FOR CASE #14-26441, Bond | | 2300-000 | | 84.67 | 154,619.99 |
| 04/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 222.48 | 154,397.51 |
| 05/29/15 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 214.67 | 154,182.84 |
| 06/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 236.55 | 153,946.29 |
| 07/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 228.80 | 153,717.49 |
| 08/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 213.73 | 153,503.76 |
| 09/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 235.53 | 153,268.23 |
| 10/06/15 | 102 | ILENE F. GOLDSTEIN | Dividend paid 100.00% on $36,500.00, Trustee Compensation; Reference: | | 2100-000 | | 36,500.00 | 116,768.23 |
| 10/06/15 | 103 | FirstMerit Bank, N.A. | Dividend paid 7.34% on $988,947.48; Claim# 3 -2; Filed: $988,947.48; Reference: | | 7100-000 | | 72,598.93 | 44,169.30 |
| 10/06/15 | 104 | WORLD'S FOREMOST BANK | Dividend paid 7.34% on $12,274.44; Claim# 4; Filed: $12,274.44; Reference: | | 7100-000 | | 901.07 | 43,268.23 |
| 10/07/15 | | Chrstine Hivon | FUNDS RECEIVED FROM SALE OF ASSETS | | | 20,000.00 | | 63,268.23 |
| | {5} | | Cabin in Canada | 15,000.00 | 1110-000 | | | 63,268.23 |
| | {15} | | Boat | 5,000.00 | 1129-000 | | | 63,268.23 |
| 10/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 172.71 | 63,095.52 |
| 11/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 87.72 | 63,007.80 |

Subtotals :   $174,764.02   $111,756.22

{} Asset reference(s)   Printed: 03/19/2017 02:31 PM   V.13.30

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

**Case Number:** 14-26441  
**Case Name:** HIVON, MARK J.  

**Taxpayer ID #:** **-***4604  
**Period Ending:** 03/19/17  

**Trustee:** ILENE F. GOLDSTEIN (330290)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******2766 - Checking Account  
**Blanket Bond:** $5,000,000.00   (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 12/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 99.69 | 62,908.11 |
| 01/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 87.23 | 62,820.88 |
| 02/22/16 | 105 | Arthur B. Levine Company | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/22/2016 FOR CASE #14-26441 | 2300-000 | | 28.82 | 62,792.06 |
| 03/01/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 87.10 | 62,704.96 |
| 03/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 98.95 | 62,606.01 |
| 04/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 86.80 | 62,519.21 |
| 05/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 86.68 | 62,432.53 |
| 06/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 98.52 | 62,334.01 |
| 07/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 86.43 | 62,247.58 |
| 08/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 98.21 | 62,149.37 |
| 09/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 89.14 | 62,060.23 |
| 10/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 86.05 | 61,974.18 |
| 11/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 94.83 | 61,879.35 |
| 02/03/17 | 106 | ILENE F. GOLDSTEIN | Dividend paid 100.00% on $64,050.00, Trustee Compensation;  Reference: | 2100-000 | | 27,550.00 | 34,329.35 |
| 02/03/17 | 107 | PBG Financial Services Inc | Dividend paid 100.00% on $1,695.00, Accountant for Trustee Fees (Other Firm); Reference: | 3410-000 | | 1,695.00 | 32,634.35 |
| 02/03/17 | 108 | LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED | Dividend paid 100.00% on $11,165.00, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 | | 11,165.00 | 21,469.35 |
| 02/03/17 | 109 | LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED | Dividend paid 100.00% on $221.09, Attorney for Trustee Expenses (Trustee Firm); Reference: | 3120-000 | | 221.09 | 21,248.26 |
| 02/03/17 | 110 | FirstMerit Bank, N.A. | Dividend paid 9.46% on $988,947.48; Claim# 3 -2; Filed: $988,947.48; Reference: | 7100-000 | | 20,987.77 | 260.49 |
| 02/03/17 | 111 | WORLD'S FOREMOST BANK | Dividend paid 9.46% on $12,274.44; Claim# 4; Filed: $12,274.44; Reference: | 7100-000 | | 260.49 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 174,764.02 | 174,764.02 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 174,764.02 | 174,764.02 | |
| | | | Less: Payments to Debtors | | | 15,000.00 | |
| | | | **NET Receipts / Disbursements** | | **$174,764.02** | **$159,764.02** | |

{} Asset reference(s)

Printed: 03/19/2017 02:31 PM    V.13.30

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 3

| Case Number: | 14-26441 | | Trustee: | ILENE F. GOLDSTEIN (330290) |
|---|---|---|---|---|
| Case Name: | HIVON, MARK J. | | Bank Name: | Rabobank, N.A. |
| | | | Account: | ******2766 - Checking Account |
| Taxpayer ID #: | **-***4604 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 03/19/17 | | Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|

|  | | | TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|---|---|---|
| | | | Checking # ******2766 | 174,764.02 | 159,764.02 | 0.00 |
| | | | | $174,764.02 | $174,764.02 | $0.00 |

{} Asset reference(s)                                          Printed: 03/19/2017 02:31 PM    V.13.30